Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-00769

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | AMY COULEE SHOP Store | 2 | LooMance Store |
| 3 | FEETALK FOOTWEAR Store | 4 | LHPWTQ Chuang Store |
| 5 | LHPWTQ Sportswear Store | 6 | JINBEILEE Store |
| 7 | HeroName Store | 8 | CW Direct Store |
| 9 | Aloha Paris | 10 | AlohaBaby Store |
| 11 | Motuta Trendy Store | 12 | Alisports Store |
| 13 | LHPWTQ Official Store | 14 | BINH Store |
| 15 | DIYFLY Store | 16 | D-Outdoor Store |
| 17 | Fashioning Store | 18 | FlyingBa Store |
| 19 | Instagram Store | 20 | JackRabbit Store |
| 21 | LHPWTQ Official Store | 22 | Ozon Store |
| 23 | Powehi Store | 24 | QZ clothing store |
| 25 | QZMUOU Store | 26 | Rakuten Store |
| 27 | Shang Pinton Store | 28 | Shinjuku Store |
| 29 | Shooter Store | 30 | Shop4482059 Store |
| 31 | Shop4785024 Store | 32 | Shop4987312 Store |
| 33 | Shop5415033 Store | 34 | Sneaker Planet Store |
| 35 | Sneakers Here Store | 36 | Souq Store |
| 37 | Stadium Goods Store | 38 | summertrain Store |
| 39 | UNWIND Store | 40 | xiannvzhan Store |
| 41 | xiaoxue Store | 42 | XJSports Factory Store |
| 43 | XUZIGANGGEclothing Store | 44 | Yn- Store |
| 45 | zyswyxgs Store | 46 | abcgoodsport Store |
| 47 | AZZYINGTW Store | 48 | BF 2 Store |
| 49 | Bilibala Store | 50 | BRAZZERS men's store. Store Store |
| 51 | coscosport Store | 52 | Crazytshirts Store |
| 53 | Dayasports Store | 54 | Different Store |
| 55 | dongshizhang Store | 56 | feng dou2010 Store |
| 57 | Flourishing movement Store | 58 | fneg yun 3 Store |
| 59 | Galloping penguin Store | 60 | goodsport Store |
| 61 | Handboy Store | 62 | HarrisonShirt Store |
| 63 | heiheisport Store | 64 | highsport Store |
| 65 | HIPFANDI Store | 66 | hongsport Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | incomparable tees Store | 68 | jinyan jewelry |
| 69 | JYJC Store | 70 | Kicks Online Store |
| 71 | laoganma Store | 72 | LHPWTQ Store |
| 73 | lihuajin156 Store | 74 | LIN2135 Store |
| 75 | Manda Trading Company Store | 76 | MI YA 888 Store |
| 77 | Mimi Shopping Store | 78 | normalsport Store |
| 79 | RedSport Store | 80 | RUELK Trendy Store |
| 81 | sdf191976 Store | 82 | Shop114161 Store |
| 83 | Shop1552483 Store | 84 | Shop3093071 Store |
| 85 | Shop3660047 Store | 86 | Shop3878032 Store |
| 87 | Shop3932003 Store | 88 | Shop4364017 Store |
| 89 | Shop4487076 Store | 90 | Shop4637082 Store |
| 91 | Shop4736032 Store | 92 | Shop4750019 Store |
| 93 | Shop4780042 Store | 94 | Shop5380162 Store |
| 95 | Shop5380311 Store | 96 | Shop5381154 Store |
| 97 | Shop5381279 Store | 98 | Shop5382173 Store |
| 99 | Shop5382303 Store | 100 | Shop5383005 Store |
| 101 | Shop5383100 Store | 102 | Shop5401015 Store |
| 103 | Shop5401033 Store | 104 | Shop5403027 Store |
| 105 | Shop5404031 Store | 106 | Shop5410046 Store |
| 107 | Shop5413036 Store | 108 | SkySport Store |
| 109 | SLNsports Store | 110 | Sneakers Global sales Store |
| 111 | SpaceSport Store | 112 | SportsOnline Store |
| 113 | stillsport Store | 114 | Store9999 Store |
| 115 | Stylish Guy Store | 116 | superstarsport Store |
| 117 | Tik Toksports Store | 118 | TOORUN HONGXIN Store |
| 119 | Untied clothes Store | 120 | UPSPORT Store |
| 121 | VANLEAD FlashDeals Store | 122 | Virgin Mary Store |
| 123 | WinnerSport Store | 124 | wiwisport Store |
| 125 | Women's 999 Store | 126 | wxqccll Store |
| 127 | XINER666 Store | 128 | XUNKUA Store |
| 129 | XUZIGANGGE Speciality Store | 130 | XWZJK168 Store |
| 131 | xy Sportswear Store | 132 | Yibi Boutique Store |
| 133 | yikai Sneakers Outdoor Store | 134 | YIS'QI Store |
| 135 | yiyigo official store | 136 | yun feng Store |
| 137 | zcs Store | 138 | zhanruii36 Store |
| 139 | zhuyu1 shop Store | 140 | ZunshangniaO Store |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1479388 | 2 | aliexpress.com/store/1987518 |
| 3 | aliexpress.com/store/3672033 | 4 | aliexpress.com/store/2133248 |
| 5 | aliexpress.com/store/3512033 | 6 | aliexpress.com/store/3569025 |
| 7 | aliexpress.com/store/2349010 | 8 | aliexpress.com/store/3246031 |
| 9 | aliexpress.com/store/4430011 | 10 | aliexpress.com/store/3882007 |
| 11 | aliexpress.com/store/3205008 | 12 | aliexpress.com/store/4412081 |
| 13 | aliexpress.com/store/4435069 | 14 | aliexpress.com/store/4739024 |
| 15 | aliexpress.com/store/4701150 | 16 | aliexpress.com/store/4220027 |
| 17 | aliexpress.com/store/3052050 | 18 | aliexpress.com/store/3512033 |
| 19 | aliexpress.com/store/4427153 | 20 | aliexpress.com/store/3674100 |
| 21 | aliexpress.com/store/4540013 | 22 | aliexpress.com/store/4740021 |
| 23 | aliexpress.com/store/5246230 | 24 | aliexpress.com/store/1986019 |
| 25 | aliexpress.com/store/2690004 | 26 | aliexpress.com/store/4758029 |
| 27 | aliexpress.com/store/4051026 | 28 | aliexpress.com/store/5116081 |
| 29 | aliexpress.com/store/2844094 | 30 | aliexpress.com/store/4482059 |
| 31 | aliexpress.com/store/4785024 | 32 | aliexpress.com/store/4987312 |
| 33 | aliexpress.com/store/5415033 | 34 | aliexpress.com/store/4736029 |
| 35 | aliexpress.com/store/4720043 | 36 | aliexpress.com/store/4750017 |
| 37 | aliexpress.com/store/4746018 | 38 | aliexpress.com/store/3379021 |
| 39 | aliexpress.com/store/3563017 | 40 | aliexpress.com/store/3380006 |
| 41 | aliexpress.com/store/4988372 | 42 | aliexpress.com/store/3117080 |
| 43 | aliexpress.com/store/4805079 | 44 | aliexpress.com/store/2137056 |
| 45 | aliexpress.com/store/3207103 | 46 | aliexpress.com/store/4512060 |
| 47 | aliexpress.com/store/4499110 | 48 | aliexpress.com/store/3117059 |
| 49 | aliexpress.com/store/3792001 | 50 | aliexpress.com/store/3486044 |
| 51 | aliexpress.com/store/4527017 | 52 | aliexpress.com/store/4646107 |
| 53 | aliexpress.com/store/1938998 | 54 | aliexpress.com/store/2878060 |
| 55 | aliexpress.com/store/4420062 | 56 | aliexpress.com/store/2664154 |
| 57 | aliexpress.com/store/3373021 | 58 | aliexpress.com/store/4703148 |
| 59 | aliexpress.com/store/3113085 | 60 | aliexpress.com/store/4599032 |
| 61 | aliexpress.com/store/4466011 | 62 | aliexpress.com/store/3666017 |
| 63 | aliexpress.com/store/4488141 | 64 | aliexpress.com/store/4533022 |
| 65 | aliexpress.com/store/2207177 | 66 | aliexpress.com/store/4504127 |
| 67 | aliexpress.com/store/3742021 | 68 | aliexpress.com/store/418817 |
| 69 | aliexpress.com/store/4650178 | 70 | aliexpress.com/store/4689151 |
| 71 | aliexpress.com/store/4431055 | 72 | aliexpress.com/store/4423107 |
| 73 | aliexpress.com/store/3207165 | 74 | aliexpress.com/store/3875070 |
| 75 | aliexpress.com/store/1820349 | 76 | aliexpress.com/store/4655133 |
| 77 | aliexpress.com/store/1923265 | 78 | aliexpress.com/store/4503110 |
| 79 | aliexpress.com/store/4757020 | 80 | aliexpress.com/store/3987034 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 81 | aliexpress.com/store/4426073 | 82 | aliexpress.com/store/114161 |
| 83 | aliexpress.com/store/1552483 | 84 | aliexpress.com/store/3093071 |
| 85 | aliexpress.com/store/3660047 | 86 | aliexpress.com/store/3878032 |
| 87 | aliexpress.com/store/3932003 | 88 | aliexpress.com/store/4364017 |
| 89 | aliexpress.com/store/4487076 | 90 | aliexpress.com/store/4637082 |
| 91 | aliexpress.com/store/4736032 | 92 | aliexpress.com/store/4750019 |
| 93 | aliexpress.com/store/4780042 | 94 | aliexpress.com/store/5380162 |
| 95 | aliexpress.com/store/5380311 | 96 | aliexpress.com/store/5381154 |
| 97 | aliexpress.com/store/5381279 | 98 | aliexpress.com/store/5382173 |
| 99 | aliexpress.com/store/5382303 | 100 | aliexpress.com/store/5383005 |
| 101 | aliexpress.com/store/5383100 | 102 | aliexpress.com/store/5401015 |
| 103 | aliexpress.com/store/5401033 | 104 | aliexpress.com/store/5403027 |
| 105 | aliexpress.com/store/5404031 | 106 | aliexpress.com/store/5410046 |
| 107 | aliexpress.com/store/5413036 | 108 | aliexpress.com/store/4767015 |
| 109 | aliexpress.com/store/3658029 | 110 | aliexpress.com/store/3627088 |
| 111 | aliexpress.com/store/4778012 | 112 | aliexpress.com/store/5304005 |
| 113 | aliexpress.com/store/4501098 | 114 | aliexpress.com/store/5367322 |
| 115 | aliexpress.com/store/3240066 | 116 | aliexpress.com/store/5021145 |
| 117 | aliexpress.com/store/5018110 | 118 | aliexpress.com/store/1480162 |
| 119 | aliexpress.com/store/5101019 | 120 | aliexpress.com/store/4784006 |
| 121 | aliexpress.com/store/5160096 | 122 | aliexpress.com/store/4409059 |
| 123 | aliexpress.com/store/4795007 | 124 | aliexpress.com/store/4497111 |
| 125 | aliexpress.com/store/5027093 | 126 | aliexpress.com/store/5108040 |
| 127 | aliexpress.com/store/5041052 | 128 | aliexpress.com/store/5248055 |
| 129 | aliexpress.com/store/5021116 | 130 | aliexpress.com/store/3475023 |
| 131 | aliexpress.com/store/3018275 | 132 | aliexpress.com/store/5346002 |
| 133 | aliexpress.com/store/5065378 | 134 | aliexpress.com/store/5045139 |
| 135 | aliexpress.com/store/3210038 | 136 | aliexpress.com/store/5085312 |
| 137 | aliexpress.com/store/5261108 | 138 | aliexpress.com/store/4608032 |
| 139 | aliexpress.com/store/5084001 | 140 | aliexpress.com/store/5426028 |